DANIEL G. BOGDEN
United States Attorney

GREG ADDINGTON
Assistant United States Attorney
Nevada Bar # 6875
100 West Liberty Street, Suite 600
Reno, NV 89501
Telephone: (775) 784-5438
Facsimile: (775) 784-5181

```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
            COUNSEL/PARTIES OF RECORD

            JAN 2 6 2011

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | MOTION FOR ADMISSION OF GOVERNMENT ATTORNEY (Miry Kim) |
| Plaintiff, | |
| v. | |
| IMMIGRATION CENTER, a Colorado Non-Profit Corporation, et al., | |
| Defendants. | |

THE UNITED STATES ATTORNEY for the District of Nevada hereby moves, in accordance with Local Rule IA 10-3, for the admission of <u>Miry Kim</u> to the Bar of this Court for the purpose of representing the Federal Trade Commission (Commission) in the above-captioned litigation.

Miry Kim was admitted to practice law by the State Bar of Washington (Bar # 31456) in 2001 and is a member in good standing of the Bar of the State of Washington. She is an attorney employed

1 | by the Commission and her office is located at 915 Second
2 | Avenue, Suite 2896, Seattle, Washington.
3 |     DATED this 25th day of January, 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/S/ Greg Addington
GREG ADDINGTON
Assistant United States Attorney

IT IS SO ORDERED:

Date: Jan. 26, 2011

Edward C. Reed.
UNITED STATES DISTRICT JUDGE