WILLARD K. TOM
General Counsel

ROBERT J. SCHROEDER
Regional Director

MIRY KIM, WA State Bar No. 31456
LAURA SOLIS, WA State Bar No. 36005
Federal Trade Commission
915 Second Avenue, Suite 2896
Seattle, WA 98174
Phone: (206) 220-6350
Facsimile: (206) 220-6366
email: mkim@ftc.gov
       lsolis@ftc.gov

ATTORNEYS FOR PLAINTIFF
FEDERAL TRADE COMMISSION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION

Plaintiff,

v.

IMMIGRATION CENTER, et al.,

Defendants.

Civil Action No. 3:11-CV-00055-LRH

[PROPOSED] ORDER EXTENDING TEMPORARY RESTRAINING ORDER AND RESCHEDULING PRELIMINARY INJUNCTION HEARING AS TO DEFENDANT ALFRED BOYCE

Plaintiff, the Federal Trade Commission has moved, pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, to extend the Temporary Restraining Order entered in this matter on January 26, 2011, and a hearing to show cause why a preliminary injunction should not issue, as to Defendant Alfred Boyce until a date no later than March 4, 2011.

The Court finds that there is good cause for issuance of such an Order.

IT IS THEREFORE ORDERED that the Temporary Restraining Order entered by this

1  Court on January 26, 2011, in the above-captioned matter shall be extended until the date the
2  preliminary injunction is heard herein as to Defendant Alfred Boyce which shall be a date no
3  later than March 4, 2011.
4      IT IS FURTHER ORDERED that Defendant Boyce shall appear before this Court on
5  March 4, 2011 at 10:00 am/pm to show cause, if there is any, why this Court should
6  not enter a preliminary injunction, pending final ruling on the Complaint.

8  SO ORDERED, this 3rd day of February, 2011.  3:00 P.M.

                                                _____
                                                United States District Judge

ORDER EXTENDING TRO - 2

FEDERAL TRADE COMMISSION
915 Second Ave., Ste. 2896
Seattle, Washington 98174
(206) 220-6350