Thomas E. Viloria, Esq.
Nevada Bar No. 003833
FAHRENDORF, VILORIA,
 OLIPHANT & OSTER L.L.P.
P.O. Box 3677
Reno, NV 89509
(775)348-9999
Attorney for Defendant

IN THE UNTITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. |
| vs. | ) | |
| | ) | 3:11-cr-00055-HDM -RAM |
| DAVID GONZALEZ, | ) | |
| Defendant. | ) | |

### SUBSTITUTION OF COUNSEL

DAVID JOSE GONZALEZ, hereby substitutes THOMAS E. VILORIA, ESQ., 327 California Avenue, Reno, Nevada 89509, telephone 775-348-9999, as attorney of record in place and stead of the Federal Public Defender.

Dated this ___13th___ day of April, 2011

_____
DAVID GONZALEZ

I consent to the above substitution.

Dated this ___14th___ day of April, 2011

_____
Federal Public Defender

334562                                                1

I am duly admitted to practice in this District. I have been retained by the Defendant.

Dated this ___15th___ day of April, 2011

_____
THOMAS E. VILORIA, ESQ.

APPROVED:

Dated this ___25th___ day of April, 2011

_____
United States Magistrate Judge

334562                                                    2

United States of America v. David Gonzalez
U.S. District Court Case No. 3:11-MJ-0032-VPC

### CERTIFICATE OF SERVICE

Pursuant to LCR 47-11, I hereby certify that I am an employee of FAHRENDORF, VILORIA, OLIPHANT & OSTER L.L.P. and that on the date shown below, I caused service to be completed by:

\_\_\_\_\_ personally delivering

\_\_\_\_ hand-delivery

\_\_\_\_\_ sending via Federal express or other overnight deliver service

\_X\_\_ depositing for mailing in the U.S. mail with sufficient postage affixed thereto

\_\_\_\_\_ delivery via facsimile machine to fax no.

A true and correct copy of the attached document addressed to:

> Carla Higginbotham
> Assistant U.S. Attorney for the District of Nevada
> 100 West Liberty St., Suite 600
> Reno, Nevada 89501

DATED this  15th  day of April, 2011.

Marianne Kiley

334562          3