UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

IMMIGRATION CENTER, et al.,

    Defendants.

3:11-CV-00055-LRH-VPC

ORDER

    Before the court is Receiver's Third Application for Fees.  Doc. #57.  No objections have been filed.

    This is an action by the Federal Trade Commission ("FTC") for injunctive and other equitable relief for alleged violations of the FTC Act, 15 U.S.C. § 45(a), in connection with the advertising, marketing, and sale of immigration and naturalization services.  On January 26, 2011, this court entered a temporary restraining order which, *inter alia*, appointed Aviva Y. Gordon as temporary receiver.  Doc. #18, p. 14.  On February 2, 2011, the court extended the temporary restraining order and receivership pursuant to stipulation of the presently objecting defendants.  Doc. ##27-29.  On March 3, 2011, the court entered a stipulated preliminary injunction.  Doc. #54.

    On June 30, 2011, the court granted Receiver's first and second applications for $41,860.91 in fees and expenses, over the objections of Defendants Charles Doucette and Deborah Stilson.  Doc. #75.  Receiver's third application requests payment of an additional $3,430.00 from the assets

1  of the estate.  Doc. #74, Exh. A.  No objections having been filed and good cause appearing,

2      IT IS ORDERED that Receiver's Third Application for Fees (#74) is GRANTED.

3      IT IS SO ORDERED.

4      DATED this 22nd day of July, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2