1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                                DISTRICT OF NEVADA

8                                       * * *

9   FEDERAL TRADE COMMISSION,              )
                                           )
10                Plaintiff,               )        3:11-CV-00055-LRH-VPC
                                           )
11  v.                                     )
                                           )        ORDER
12  IMMIGRATION CENTER, et al.,            )
                                           )
13                Defendants.              )
    _____)

14

15        Before the court is Receiver's Fourth Application for Fees.  Doc. #83.  No objections have

16  been filed.

17        This is an action by the Federal Trade Commission ("FTC") for injunctive and other

18  equitable relief for alleged violations of the FTC Act, 15 U.S.C. § 45(a), in connection with the

19  advertising, marketing, and sale of immigration and naturalization services.  On January 26, 2011,

20  this court entered a temporary restraining order which, *inter alia*, appointed Aviva Y. Gordon as

21  temporary receiver.  Doc. #18, p. 14.  On February 2, 2011, the court extended the temporary

22  restraining order and receivership pursuant to stipulation of the presently objecting defendants.

23  Doc. ##27-29.  On March 3, 2011, the court entered a stipulated preliminary injunction.  Doc. #54.

24        This court previously granted Receiver's first and second applications for $41,860.91 in

25  fees and expenses over the objections of Defendants Charles Doucette and Deborah Stilson, *see*

26  Doc. #75, and Receiver's unopposed third application for an additional $3,430.00, *see* Doc. #80.

Receiver's fourth application requests payment of an additional $11,232.50 from the assets of the estate. Doc. #83, Exh. A.

The fourth application includes $770.00 in fees for preparing the third fee application on June 16, 2011. *See* Doc. #83, Exh. A. As fees on fees are not warranted, this amount shall be deducted from the fee award. The court additionally notes that the third fee application likewise included a request for fees on fees for preparation of the second application for fees on May 20, 2011. That entry went unnoticed by the court and was approved in error. *See* Doc. #80 (order granting the third application in full). To rectify the court's error, such fees on fees shall be deducted from the current fee award. Although the May 20, 2011 entry does not separately itemize fees for preparation of the second fee application, the court assumes the amount is comparable to the amount requested for preparation of the third fee application. Accordingly, an additional $770.00 will be deducted.

IT IS ORDERED that Receiver's Fourth Application for Fees (#83) is GRANTED in the reduced amount of $9,692.50.

IT IS SO ORDERED.

DATED this 12th day of September, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2