UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL TRADE COMMISSION,              )<br>                                                              )<br>         Plaintiff,                                    )<br>                                                              )<br>v.                                                          )<br>                                                              )<br>IMMIGRATION CENTER, et al.,          )<br>                                                              )<br>         Defendants.                              )<br>_____) | 3:11-CV-00055-LRH-VPC<br><br>ORDER |

Before the court is Receiver's Fifth Application for Fees.  Doc. #97.  No objections have been filed.

This is an action by the Federal Trade Commission ("FTC") for injunctive and other equitable relief for alleged violations of the FTC Act, 15 U.S.C. § 45(a), in connection with the advertising, marketing, and sale of immigration and naturalization services.  On January 26, 2011, this court entered a temporary restraining order which, *inter alia*, appointed Aviva Y. Gordon as temporary receiver.  Doc. #18, p. 14.  On February 2, 2011, the court extended the temporary restraining order and receivership pursuant to stipulation of the presently objecting defendants.  Doc. ##27-29.  On March 3, 2011, the court entered a stipulated preliminary injunction.  Doc. #54.

This court previously granted Receiver's first and second applications for $41,860.91 in fees and expenses over the objections of Defendants Charles Doucette and Deborah Stilson, *see* Doc. #75, Receiver's unopposed third application for an additional $3,430.00, *see* Doc. #80, and

1  Receiver's unopposed fourth application in the reduced amount of $9,692.50, *see* Doc. #94.  The
2  instant fifth application requests payment of an additional $5,622.50 from the assets of the estate.
3  Doc. #97, Exh. A.  No objections having been filed and good cause appearing,
4      IT IS ORDERED that Receiver's Fifth Application for Fees (#97) is GRANTED.
5      IT IS SO ORDERED.
6      DATED this 18th day of October, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE