UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| Plaintiff, | ) | 3:11-CV-00055-LRH-VPC |
| v. | ) | |
| IMMIGRATION CENTER, et al., | ) | ORDER |
| Defendants. | ) | |

Before the court is Receiver's Seventh Application for Fees. Doc. #103. No objections have been filed.

This is an action by the Federal Trade Commission ("FTC") for injunctive and other equitable relief for alleged violations of the FTC Act, 15 U.S.C. § 45(a), in connection with the advertising, marketing, and sale of immigration and naturalization services. On January 26, 2011, this court entered a temporary restraining order which, *inter alia*, appointed Aviva Y. Gordon as temporary receiver. Doc. #18, p. 14. On February 2, 2011, the court extended the temporary restraining order and receivership pursuant to stipulation of the presently objecting defendants. Doc. ##27-29. On March 3, 2011, the court entered a stipulated preliminary injunction. Doc. #54.

This court previously granted Receiver's first and second applications for $41,860.91 in fees and expenses over the objections of Defendants Charles Doucette and Deborah Stilson, *see* Doc. #75, Receiver's unopposed third application for an additional $3,430.00, *see* Doc. #80,

Receiver's unopposed fourth application in the reduced amount of $9,692.50, *see* Doc. #94, Receiver's unopposed fifth application for an additional $5,622.50, *see* Doc. #100, and Receiver's unopposed sixth application for an additional $5,632.50, *see* Doc. #102.  This seventh application requests payment of an additional $1,320.00 from the assets of the estate, reflecting fees and expenses incurred in October 2011.  Doc. #103, Exh. A.  No objections having been filed and good cause appearing,

IT IS ORDERED that Receiver's Seventh Application for Fees (#103) is GRANTED.

IT IS SO ORDERED.

DATED this 20th day of December, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE