UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | 3:11-CV-00055-LRH-VPC |
| v. | |
| IMMIGRATION CENTER, et al., | ORDER |
| Defendants. | |

Before the court is Receiver's Eighth Application for Fees. Doc. #110. No objections have been filed.

This is an action by the Federal Trade Commission ("FTC") for injunctive and other equitable relief for alleged violations of the FTC Act, 15 U.S.C. § 45(a), in connection with the advertising, marketing, and sale of immigration and naturalization services. On January 26, 2011, this court entered a temporary restraining order which, *inter alia*, appointed Aviva Y. Gordon as temporary receiver. Doc. #18, p. 14. On February 2, 2011, the court extended the temporary restraining order and receivership pursuant to stipulation of the presently objecting defendants. Doc. ##27-29. On March 3, 2011, the court entered a stipulated preliminary injunction. Doc. #54.

This court previously granted Receiver's first and second applications for $41,860.91 in fees and expenses over the objections of Defendants Charles Doucette and Deborah Stilson, *see* Doc. #75, Receiver's unopposed third application for an additional $3,430.00, *see* Doc. #80,

1  Receiver's unopposed fourth application in the reduced amount of $9,692.50, *see* Doc. #94,
2  Receiver's unopposed fifth application for an additional $5,622.50, *see* Doc. #100, Receiver's
3  unopposed sixth application for an additional $5,632.50, *see* Doc. #102, and Receiver's unopposed
4  seventh application for an additional $1,320.00.  This eighth application requests payment of an
5  additional $3,167.50 from the assets of the estate, reflecting fees and expenses incurred in from
6  November 1, 2011, through January 31, 2012.  Doc. #110, p. 3 & Exh. A.  No objections having
7  been filed and good cause appearing,

   IT IS ORDERED that Receiver's Eighth Application for Fees (#110) is GRANTED.

   IT IS SO ORDERED.

   DATED this 11th day of April, 2012.

   _____
   LARRY R. HICKS
   UNITED STATES DISTRICT JUDGE

2