UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) ) Plaintiff, ) ) v. ) ) IMMIGRATION CENTER, *et al.*, ) ) Defendants. ) ) | 3:11-CV-00055-LRH-VPC ORDER |

Before the court is Defendants' Receiver's Application for Approval of Agreement between Receiver and Washington College of Law (#114[1]). Plaintiff the Federal Trade Commission ("FTC") has filed a non-opposition (#115).

On December 27, 2011, the court approved a Stipulated Final Judgment and Order for Permanent Injunction ("Final Order") in this case (#108). The Final Order appointed Defendants' Receiver, Aviva Y. Gordon, and charged the Receiver with returning documents to Defendants' former customers. In part, the Final Order provided that "[w]ith Court approval, the Receiver may retain other professionals to perform" tasks relating to the Receiver's duties. (Final Order #108, p. 9:21-22.)

The Receiver now asks the court's approval to retain Washington College of Law to (1) identify and contact Defendants' former customers, (2) return to each customer their original

---

[1] Refers to the court's docket number.

documents as defined in the Final Order, (3) protect the customers' privacy interests with respect to these documents, and (4) shred any unreturned document. (*See* Motion for Approval #108, Ex. 1, p. 1.) The proposed agreement between the Receiver and Washington College of Law also provides that, "[b]udget and time permitting," the College of Law may place customers who request legal assistance with the College's Immigrant Justice Clinic or other appropriate pro bono representation. (*Id.*)

In its non-opposition, the FTC finds that the proposed agreement conforms to the requirements of the Final Order. Having conducted a review of the agreement, the court agrees that the proposed agreement is appropriately related to the Receiver's obligation to "identify and contact each [of Defendants'] customer[s] and, to the extent feasible, to return original documents." (Final Order #108, p. 9:6-7.)

IT IS THEREFORE ORDERED that the Receiver's Application for Approval of Agreement between Receiver and Washington College of Law (#114) is GRANTED.

IT IS SO ORDERED.

DATED this 30th of May, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE